MELVIN ET AL. *v.* HAMILTON, ADMINISTRATOR.

[No. 15,194.   Filed February 6, 1936.]

*V. J. McCarty,* for appellants.

*O. W. Hubbard,* for appellees.

WOOD, J.—This is an attempted appeal from a judgment of the Franklin Circuit Court. The sole error assigned for reversal is the overruling of appellant's motion for a new trial. The appellants have failed to set out a copy of their motion for a new trial or the substance thereof in their brief. The brief also fails to show that any time was given in which to file a bill of exceptions containing the evidence and proceedings of the trial court or that any bill of exceptions approved by such court was ever filed and made a part of the record. Thus no question is presented for our consideration. *State ex rel.* v. *Hinds* (1929), 200 Ind. 613, 165 N. E. 754; *United Paperboard Co.* v. *Muncie, etc., Co.* (1926), 84 Ind. App. 333, 151 N. E. 365; *Indiana Service Corporation* v. *Daily* (1928), 87 Ind. App. 6, 159 N. E. 767; Rule 21, Supreme and Appellate Courts.

The death of appellee having been suggested the judgment is affirmed as of date of submission.